unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

W. S. WILSON CORPORATION, Respondent, v. JOHN E. PURCELL, Defendant, Impleaded with ROBERT PURCELL and Others, Appellants.— Order modified by striking out the following: The specification numbered (1); so much of the specification numbered (2) as reads " as well as the manner thereof;" the words " prepared and " in the specification numbered (4); the specification numbered (5); the words " specifying in detail the conversation relating thereto " in the specification numbered (6); and by striking out the allowance of costs at the Special Term. As so modified, the order is affirmed, without costs. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

JOSEPH YOCUS, as Administrator de Bonis Non, etc., of NIKODEMAS PETKEVIEZ, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

CARMINE ALBANO and Another, Respondents, v. DAVID SAMUELS, Appellant.— Application denied, with ten dollars costs.

BENJAMIN R. GOODGLASS, Respondent, v. GLASER PRINTING Co., INC., Appellant. LOUIS H. GOODGLASS, Respondent, v. GLASER PRINTING Co., INC., Appellant. SALLY GOODGLASS, Respondent, v. GLASER PRINTING Co., INC., Appellant. FANNIE GOODGLASS, Respondent, v. GLASER PRINTING Co., INC., Appellant. ESTELLE G. PINCUS, Respondent, v. GLASER PRINTING Co., INC., Appellant.— Application denied, with five dollars costs in each case.

MADGE WARDE and Another, Respondents, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Application denied, with ten dollars costs.

MADGE WARDE and Another, Respondents, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— The application for leave to appeal to this court having been denied, this motion for stay is denied, without costs, and stay vacated.

LEO M. ABRAHAMS, Respondent, v. PARADIES-CARROLL COMPANY, INC., Appellant.— Application granted. The only question in doubt is the propriety of directing a verdict for plaintiff over defendant's request to go to the jury. The appeal should be perfected and argued at the January, 1924, term.

FOSTER R. BOWLBY and Another, as Executors, etc., of GEORGE M. BOWLBY, Deceased, Appellants, v. JOHN ENNIS MCQUAIL, Respondent.— Motion for reargument granted, and case set for Monday, January 14, 1924. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HENRY DAVIDSON, Appellant, Respondent, v. STEPHEN BULKLEY and Others, Respondents. Appellants. A. P. BACHMAN, Claimant.— Motion to compel payment by surety denied, without costs. The former attorney may proceed under Civil Practice Act, section 1520, to enforce collection of the money directed to be paid by the order, or he may institute an action against the surety. Motion for order directing return of exhibits granted on consent, and order signed. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

WILLIAM H. GIBSON, Respondent, v. BASIL H. GUNN, Appellant.— Reargument ordered, and case set for Monday, January 14, 1924. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.